■ In the Matter of PHILIP A. BYLER (Admitted as PHILIP ARWOOD BYLER), a Suspended Attorney. [734 NYS2d 427] —Rein-

statement denied. Committee's motion (M-2657) and cross motion (M-3656) deemed withdrawn, as indicated. No opinion. Concur—Rosenberger, J. P., Williams, Tom, Andrias and Ellerin, JJ.